UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VITO CITO,

  Plaintiff,   CASE NO.:  8:18-CV-01105-VMC-AAS

-vs-

KOHL'S DEPARTMENT STORES, INC.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Vito Cito, and the Defendant, Kohl's Department Store, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of September, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Victoria Oguntoye, Esquire* |
| Frank H. Kerney, III, Esquire | Victoria Oguntoye, Esquire |
| Florida Bar #: 88672 | Florida Bar #: 114114 |
| Morgan & Morgan, Tampa, P.A. | Scott A. Underwood, Esquire |
| One Tampa City Center | Florida Bar #: 0730041 |
| 201 North Franklin Street, 7th Floor | Buchanan Ingersoll & Rooney PC |
| Tampa, FL 33602 | 401 E. Jackson St., Suite 2400 |
| Telephone: (813) 223-5505 | Tampa, FL 33602 |
| Facsimile:  (813) 223-5402 | Telephone: (813) 222-8180 |
| fkerney@forthepeople.com | Facsimile: (813) 222-8189 |
| snazario@forthepeople.com | victoria.oguntoye@bipc.com |
| lrobbins@forthepeople.com | scott.underwood@bipc.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |